THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00183-MR-WCM

| | |
|---|---|
| NATHAN BENJAMIN FRITOG,              )<br>                                                           )<br>                         Plaintiff,    )<br>                                                           )<br>         vs.                                          )<br>                                                           )<br> KILOLO KIJAKAZI, Commissioner  )<br> of Social Security,                           )<br>                                                           )<br>                         Defendant.  )<br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Remand [Doc. 20] and the Defendant's Response to that motion [Doc. 23].

In the Motion to Remand, the Plaintiff moves for an Order staying all proceedings for a period of 30 days to provide an opportunity for both parties to brief constitutional issues arising out of the Supreme Court's opinions in <u>Collins v. Yellen</u>, 141 S. Ct. 1761 (2021); <u>Selia Law L.L.C. v. Consumer Financial Protection Bureau</u>, 140 S. Ct. 2183 (2020); and <u>Lucia v. SEC</u>, 138 S. Ct. 2044 (2018). [Doc. 20]. The Defendant consents to the Plaintiff's request to stay all proceedings and requests the opportunity to brief the constitutional issues raised by the Plaintiff. [Doc. 23]. For the reasons stated by the parties, and for cause shown, the Court will grant the

motion.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** for a period of at least thirty (30) days. Upon the expiration of the 30-day period, the parties shall file supplemental briefs on the constitutional issues requiring this stay. The Plaintiff's brief shall be due no later than October 1, 2021. The Defendant's brief shall be due no later than November 1, 2021.

**IT IS SO ORDERED.**

Signed: August 27, 2021

Martin Reidinger
Chief United States District Judge